UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Case No. 07-cr-117-01-SM

Frank Emery

## O R D E R

Defendant Emery's motion to continue the final pretrial conference and trial is granted (document 14).  Trial has been rescheduled for the August 2007 trial period.  Defendant Emery shall file a waiver of speedy trial rights not later than July 9, 2007.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 1, 2007 at 3:00 p.m.

**Jury Selection**: August 7, 2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

June 27, 2007

cc:   Mark Sisti, Esq.
      Helen Fitzgibbon, AUSA
      US Probation
      US Marshal