## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

          v.                       Case No.  07-cr-117-01-SM

<u>Frank Emery</u>

### O R D E R

Defendant Emery's motion to continue the final pretrial conference and trial is granted  (document 20).   Trial has been rescheduled for the November 2007 trial period.   Defendant Emery shall file a waiver of speedy trial rights not later than  September 13, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference/Change of Plea Hearing:**  October 19, 2007 at 11:00 a.m.

**Jury Selection**:  November 6, 2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

August  30, 2007

cc:   Mark Sisti, Esq.
      Helen Fitzgibbon, AUSA
      US Probation
      US Marshal