UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                     Case No.  07-cr-117-01-SM

<u>Frank Emery</u>

## O R D E R

Defendant Emery's motion to continue the final pretrial conference and trial is granted  (document 23).   Trial has been rescheduled for the December 2007 trial period.   Defendant Emery shall file a waiver of speedy trial rights not later than  November 13, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  November  26,  2007 at  1100 a.m.

**Jury Selection**:  December 4, 2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

November 1, 2007

cc: Mark Sisti, Esq.
    Helen Fitzgibbon, AUSA
    US Probation
    US Marshal